LAW LIBRARY

NO. 30687

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

MELVIN B. McQUEEN, JR., Petitioner,

vs.

TRAVIS J. L. STEPHENS, JR., DEPUTY PUBLIC DEFENDER, STATE OF HAWAI‘I, Respondent.

JEAN R. KIKUMOTO CLERK APPELLATE COURTS STATE OF HAWAI‘I

2010 AUG 31 AM 10: 26

FILED

ORIGINAL PROCEEDING

ORDER
(By: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.)

Upon consideration of petitioner Melvin B. McQueen, Jr.'s petition for a writ of mandamus, it appears that petitioner fails to demonstrate a clear and indisputable right to relief. See Kema v. Gaddis, 91 Hawai‘i 200, 204, 982 P.2d 334, 338 (1999) (A writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action.). Therefore,

IT IS HEREBY ORDERED that the clerk of the appellate court shall process the petition for a writ of mandamus without payment of the filing fee.

IT IS FURTHER ORDERED that the petition for a writ of mandamus is denied.

DATED: Honolulu, Hawai‘i, August 31, 2010.